Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−25111−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa M Witte
   510 Summit St
   Englewood Cliffs, NJ 07632

Social Security No.:
   xxx−xx−7210

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/7/17 at 09:00 AM

to consider and act upon the following:

*53* − Certification in Opposition to Certification of Default by Chapter 13 Trustee (related document:51 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/22/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by John W. Sywilok on behalf of Theresa M Witte. (Sywilok, John)

Dated: 5/18/17

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court