Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 14−25111−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Theresa M Witte
    510 Summit St
    Englewood Cliffs, NJ 07632

Social Security No.:
    xxx−xx−7210

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/7/17 at 09:00 AM

to consider and act upon the following:

*53* − Certification in Opposition to Certification of Default by Chapter 13 Trustee (related document:51 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/22/2017. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by John W. Sywilok on behalf of Theresa M Witte. (Sywilok, John)

Dated: 5/18/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-25111-RG
Theresa M Witte                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1                  Date Rcvd: May 18, 2017
                                Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
db          +Theresa M Witte,    510 Summit St,    Englewood Cliffs, NJ 07632-3034
cr           Hudson City Savings Bank,    Dieffenbach, Witt & Birchby,    West 100 Century Road,    P.O. Box 9,
              Paramus, NJ  07653-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bankruptcy@td.com May 18 2017 22:18:01      TD Bank, N.A.,    PO Box 9547,
              Portland, ME 04112-9547
                                                                                              TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor    M&T Bank, successor by merger to Hudson City Savings Bank bk@rgalegal.com
      Jeffrey W. Herrmann    on behalf of Creditor    TD Bank, N.A. jwh@njlawfirm.com, ap@njlawfirm.com;Md@njlawfirm.com
      John D. Birchby    on behalf of Creditor    Hudson City Savings Bank jlclutterbuck@hotmail.com, diane.lyback.dwb@gmail.com
      John W. Sywilok    on behalf of Debtor Theresa M Witte sywilokattorney@sywilok.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Creditor    Hudson City Savings Bank ssherman@minionsherman.com
                                                                                              TOTAL: 8