Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 14−25111−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Theresa M Witte  
   510 Summit St  
   Englewood Cliffs, NJ 07632

Social Security No.:  
   xxx−xx−7210

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/19/19 at 10:00 AM

to consider and act upon the following:

*61* − Certification in Opposition to Certification of Default (related document:59 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/16/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by John W. Sywilok on behalf of Theresa M Witte. (Sywilok, John)

Dated: 5/17/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court